IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE<br><br>DARRELL REUBEN JOHNSON<br><br>　Debtor | Case No. 13-31949-KLP<br>Chapter 13 |
| BRANCH BANKING AND TRUST COMPANY<br><br>　Movant<br>v.<br><br>DARRELL REUBEN JOHNSON<br><br>　Respondents | Motion No. |

## **NOTICE OF DEFAULT**

　　Now comes, Branch Banking and Trust Company, the movant, and state as follows:

　　1.  The Movant is the holder of a Deed of Trust on the real property and improvements with a legal description of " Lot 6, Block "C" as shown on a plat of J C Robertson Property by F D P Bruner" also known as 111 Moore Avenue, Colonial Heights, VA 23834.

　　2.  Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment of $946.27 to the Movant on June 1, 2015- August  1, 2015 and $945.76 (said payment represents the regular mortgage payment) on September 1, 2015- October 1, 2015

　　3.  Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment to the Movant of $885.56 for May 15, 2015.

　　4.  The Debtor did not make the above referenced payments and is in default under the terms of this Consent Order.

　　5.  That the debtor or trustee must take one of the following actions within Fourteen days after the date of  mailing of this notice;

　　　i.  cure the default by tendering the sum of  $5,261.70 (3 regular monthly payments of $946.27 for June 1, 2015- August 1, 2015, 2 regular monthly

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39734

payments of $945.76 for September 1, 2015- October 1, 2015, 1 stipulation payment of $885.56 for May 15, 2015, attorney fees of $50 and minus a suspense balance of $404.18);

  Make payments payable to:
   BB&T
   PO Box 1847
   Wilson, NC 27894.

 ii. file an objection with the court stating that no default exists; or

 iii. file an objection with the court stating any other reason why an order granting relief from the automatic stay should not be entered;

a. If the debtor or trustee does not take on of the actions set forth in above, the movant may file a certificate that it has completed with the terms of this order and that the court may grant relief from the automatic stay without further notice to the debtor; and

b. If the automatic stay is terminated, the collateral may be sold at foreclosure.

    Branch Banking and Trust Company

    /s/Mark D. Meyer, Esq.

    Mark D. Meyer, Esq.
    VA Bar 74290

    Rosenberg & Associates, LLC
    7910 Woodmont Avenue, Suite 750
    Bethesda, Maryland 20814
    (301) 907-8000

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39734

<u>Certificate of Service</u>

  I hereby certify that on this 20th day of October, 2015, a copy of the foregoing Affidavit was mailed by first class, postage pre-paid mail or via electronic email, to:

| | |
|---|---|
| Suzanne E. Wade<br>Trustee<br>P.O. Box 1780<br>Richmond, VA 23218-1780 | Rudolph C. McCollum, Jr., Esquire<br>P.O. Box 4595, Richmond VA 23220 |

Darrell Reuben Johnson
200 Taswell Avenue
Colonial Heights, VA 23834

            /s/ Mark D. Meyer, Esq.
            Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39734