**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE:<br><br>DARRELL REUBEN JOHNSON<br><br>    Debtor | Case No. 13-31949-KLP<br>Chapter 13 |
| BRANCH BANKING AND TRUST COMPANY<br>301 College Street<br>Greenville, SC 29601<br><br>    Movant<br>v.<br><br>DARRELL REUBEN JOHNSON<br>200 Taswell Avenue<br>Colonial Heights, VA 23834<br><br>    Respondents | Motion No. |

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Branch Banking and Trust Company to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 111 Moore Avenue, Colonial Heights, VA 23834, and is more particularly described as follows:

ALL that certain lot or parcel of land with the improvements thereon and the appurtenances thereto belonging, lying, being and situate in the City of Colonial Heights, Virginia, and being known, numbered and designated as Lot 6, Block "C" as shown on a plat of J C Robertson Property by F D P Bruner, dated July 11, 1953 and being more particularly described as having an aggregate frontage of 50 feet on the south side of Moore Avenue and extending back between parallel lines 199 32 feet on the East and 199 58 on the West, which said plat is duly recorded in the Clerk's Office of the Circuit Court of Chesterfield County, Virginia, in Deed Book 424, at Page 288. BEING the same real estate conveyed to the grantor herein by Deed to be recorded simultaneously herewith. Which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Done at Richmond, Virginia, this _____.

Mark D. Meyer
VA Bar 74290

Rosenberg & Associates, LLC
7910 Woodmont Avenue
Suite 750
Bethesda, Maryland 20814
301-907-8000

File Number: 39734

Nov 12 2015

/s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on docket: Nov 12 2015

I ask for this:
/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

Copy to:

Mark D. Meyer, Esq.
Rudolph C. McCollum, Jr., Esq.
Suzanne E. Wade, Trustee

Copy Mailed to:

DARRELL REUBEN JOHNSON

    The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modification, addition, or deletion has been made.

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.

Local Rule 9022-1 (C) Certification

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.

MARK D. MEYER
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 39734